UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2022
```

------------------------------------------------------------ X
                                    :

PHILLIPPE NYC I LLC d/b/a PHILIPPE,     :
                                      :

                      Plaintiff,    :
                                        :                     1:22-cv-03291-GHW

                    -against-      :
                                        :                        ORDER

STEADFAST INSURANCE COMPANY,        :
                                        :

                    Defendant.   :
                                        :

------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of New York, on April 22, 2022.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than May 6, 2022. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

       SO ORDERED.

Dated:  May 3, 2022

                                         _____
                                           GREGORY H. WOODS
                                        United States District Judge