USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
PHILLIPPE NYC I LLC d/b/a PHILIPPE,  :
:
                                  Plaintiff,  :    1:22-cv-03291-GHW
:
        -against-  :    ORDER
:
STEADFAST INSURANCE COMPANY,  :
:
                                Defendant.  :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    At this time, the Court will take no further action with respect to its April 26, 2022 order to show cause. *See* Dkt. No. 5.

    SO ORDERED.

Dated: May 3, 2022
       New York, New York

                                                     GREGORY H. WOODS
                                           United States District Judge